**Earl R. Wallace, Esq. (State Bar Number 174247)**
**RUZICKA & WALLACE, LLP**
16520 Bake Parkway, Suite 280
Irvine, CA 92618
Telephone: (949) 759-1080
Facsimile: (949) 759-6813

JS - 6

Attorneys for Plaintiff, **BAYVIEW LOAN SERVICING, LLC., A LIMITED LIABILITY COMPANY**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC., A LIMITED LIABILITY COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>RODERICK HALL; and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No.: 2:10-cv-09726-R-AJW<br><br>State Case No.: 10U04161<br><br>**REMAND ORDER**<br><br>JUDICIAL OFFICER: HON. MANUEL L. REAL |

On January 10, 2011, the court heard from both plaintiff, BAYVIEW LOAN SERVICING, LLC., A LIMITED LIABILITY COMPANY ("Plaintiff") and defendant, RODERICK HALL ("Defendant") on an order to show cause why this action should not be remanded back to State Court for lack of federal jurisdiction. The Court having heard from both parties, and good cause having been found,

IT IS HEREBY ORDERED THAT this case is remanded to the State Court from which it originated for lack of federal jurisdiction.

Dated: _Jan. 18, 2011_      _____
                            UNITED STATES DISTRICT JUDGE

1
REMAND ORDER